[No. 34678-8-II. Division Two. April 10, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRIS ANTHONY LINDHOLM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03828-6, John R. Hickman, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 34785-7-II. Division Two. April 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. K.D.H., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-8-01064-8, Christine A. Pomeroy, J., entered April 6, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 35068-8-II. Division Two. April 10, 2007.]

STEVE AUST, *Appellant*, v. TERRY CLARK ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-2-00389-6, Richard L. Brosey, J., entered June 9, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.